May 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH UPCHURCH, Appellant

NO. 14-12-00140-CV                 V.

WELLS FARGO BANK, ET. AL., Appellees

———————————————

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by KENNETH UPCHURCH.

We further order this decision certified below for observance.